JOHN T. FERENCI, PETITIONER-PETITIONER, v. HYDRO-CARBON RESEARCH, INC., RESPONDENT-RESPONDENT.

*Mr. John T. Ferenci, in propria persona.*

*Messrs. Cox & Walburg* and *Mr. Arthur F. Mead* for the respondent.

September 14, 1953.   Denied.

ANNIE GREEN, PETITIONER-PETITIONER, v. SIMPSON & BROWN CONSTRUCTION CO., RESPONDENT-RESPONDENT.

*Mr. Mortimer Wald* for the petitioner.

*Mr. James J. Carroll* and *Mr. Frank Fink* for the respondent.

September 14, 1953.   Granted.